

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00619-CV

**IN THE INTEREST OF T.K.D-H.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-EM5-00646
Honorable Solomon Casseb, III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's June 13, 2013, Order in Suit to Modify Parent-Child Relationship is AFFIRMED.

It is ORDERED that appellee recover her costs of this appeal from appellant.

SIGNED July 9, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice